UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Doyle Mims #838715 _____

_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. transport officer Stephens _____

transport officer perry _____

Grievance coordinator ~~Rooooo~~ G. Caron _____

(Enter above the full name of the defendant or defendants in this action.)

FILED - MQ
May 14, 2019 2:27 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_slk_____/_scanned 5-14-19

2:19-cv-98
Gordon J. Quist, U.S. District Judge
Maarten Vermaat, Magistrate Judge

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☑ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   united states District court For The western District michigan

2. Is the action still pending? Yes ☐ No ☑

   a. If your answer was no, state precisely how the action was resolved: it was Dismissed

3. Did you appeal the decision? Yes ☐ No ☑

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☑

   If so, explain: _____

II. **Place of Present Confinement** Marquette Branch prison 1960 U.S. Hwy 41 South Marquette MI

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

I was confined on transportation Bus During the occurrence

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Doyle Dayquan Mims #838715**

Address **Marquette Branch prison 1960 U.S. Hwy 41 South Marquette MI 49855**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 **Custody transport officer stephens**
Position or Title **Custody transport officer (MDOC)**
Place of Employment **(MDOC)**
Address **unknown**
Official and/or personal capacity? **official and personal capacity**

Name of Defendant #2 **Custody transport officer perry**
Position or Title **Custody transport officer (MDOC)**
Place of Employment **(MDOC)**
Address **unknown**
Official and/or personal capacity? **official and personal capacity**

Name of Defendant #3 **G. Caron**
Position or Title **Grievance coordinator**
Place of Employment **(MDOC) Marquette Branch prison**
Address **1960 U.S. Highway 41 south marquette, MI 49855**
Official and/or personal capacity? **official and personal capacity**

Name of Defendant #4
Position or Title
Place of Employment
Address
Official and/or personal capacity?

Name of Defendant #5
Position or Title
Place of Employment
Address
Official and/or personal capacity?

-2-

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On 4-18-19 I was placed on the MDOC transportation Bus at Ionia max correctional facility At approximately 7:30 AM Along with inmate Klint #429375. We was transported to another prison called MTU for additional pickups of Inmates. At this time I moved to the Back of the Bus. the Bus Arrived at Bellamy Creek prison Approximately at 8:00 AM, for additional pickups.

At this time I was engaged in conversation with other inmates when all of a sudden the Bus Rocked and shook very hard there was NO seat Belts to prevent fall or injury, I was tossed up against the window hitting my head and Neck on the window my Back was Jerked Back against the hardcover seats. Other Inmates on the Bus at the time also sustained injuries.

At this point everyone on the Bus was confused as to the issue, upon inspection/inquiring, we was told By Stephens they had crashed the Bus. I asked transpart officer if I could get medical Attention, and was told if we kept Asking transportation officer stephens "said "I will drive the Bus over the Bridge and drown you fuckers"

At this point me and other inmates was scared for our life, so we Resisted help needs, out of fear of death. I Blanked out twice, and had sharp pains and headachs to my head and neck/Back area, I gained clear head At the

-3-

# Statement of Claim

Saint louis correctional facility, I again Asked for medical Attention hoping with other correctional officers around I wouldnt get threatened or neglected. But once again perry told me "no" once I asked. At this point I observed perry and stephens taking pictures of the damage to the Back of the Bus with they'er personal Phones.

I asked a couple prisoners Are they Allowed to just not Give us any medical Attention, and one told me this is considered cruel and unusual punishment and a violation of my 8th Amendment rights, my first amendment and 7th amendment rights.

I was under alot of pain at the time which was Approximately 11:00 Am. I was Just able to get a couple names of the officers, It was an additional one who Assisted perry with threaten and making fun of the situation But I wasnt able to get his name.

once we Arrived At urf prison facility I requested medical Attention and explained my situation and was again denied medical Attention. for 5 days I was neglected medical Attention, and Grievance capability. until I was transported to to marquette Level 5 and was able to put medical kites in and also filed Grievances about the issue.

Statement of claim

I was seen by medical on 4-26-19 or 4-25-19 about my pains on this medical kite I included I had mental/PTSD stress I've Been waking up from nightmares,. once I put the first Grievance into the ARus hands on 4-23-19 8:30 p.c. Round I Recieved no Reply or letter to ensure it was Recieved, I again placed another Grievance in the hands of the unit p.c. on 4-26-19 I didnt Recieve any Reply But I kept a copy of the 4-26-19 Grievance on 4-29-19 I sent a kite to caron asking why my Grievance isnt Being answered I Recieved no reply in this kite I asked for step two Grievance process to exhuast my remedies I was then sent a whole copy of my Grievance back "Original" copy with a sticky note saying I had to file with urf prison in which I had no access to. I sent a kite to the coordinator and explained I'm taking this as a denial and wanted step 3 Grievance process and was again denied I took the initive to write lansing Grievance Directoraned yet to Recieve a reply, I still havent seen a doctor about the medical issues Results from the accident. I'm still having continues headachs and Back pains, and is being neglected the proper attention. The Grievance coordinator is not allowing me my Due process Right, for filing my Grievance I've exhuasted my Remedies fars I could. Including kiting warden and inspector

V. Relief

State briefly and precisely what you want the court to do for you.

I want transport officers to place seat belts on the transport Bus. I want each defendant in this claim Be ordered to pay compensatory damages in the amount of $250,000 and Punitive damages in the amount of $500,000 against each defendant, Jointly and severally

5-9-19
Date

Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.



k of court.
strict court
deral Building
x 698
ette, MI 49855

Doyle Mins #283875

Marquette Branch prison
1960 U.S. Highway 41 south
marquette, MI 49855

Cle
U.S. D
314 F
P.O. B
Marq